**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| GRANITE SOLUTIONS GROUPE, INC., | : | |
| | : | |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | Case No. 1:22-CV-0842 (FJS/CFH) |
| PIONEER BANCORP INC.; PIONEER BANK; MICHAEL T. MANN; VALUEWISE CORPORATION d/b/a APOGEE d/b/a OPTIX CONSULTING, and d/b/a PRIMACY SEARCH GROUP; MYPAYROLLHR.COM, LLC; CLOUD PAYROLL LLC; ROSS PERSONNEL CONSULTANTS, INC., ALWAYS LIVE HOLDINGS, LLC; KANINGO, LLC; HIRE FLUX, LLC; HIRE FLUX HOLDINGS, LLC; VIVERANT LLC, and HEUTMAKER BUSINESS ADVISORS, LLC, | : | **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| *Defendants.* | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   X

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

**COMES NOW** the Plaintiff, Granite Solutions Groupe, Inc., by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), gives notice that this action is voluntarily dismissed without prejudice. Plaintiff is pursuing its claims in a companion case, *Southwestern Payroll, Inc., and Granite Solutions Group, Inc. v. Pioneer Bancorp, Inc., et al.*, N.D.N.Y. Case No. 19-cv-01349-FJS-CFH. Defendants have not served an

answer or motion for summary judgment in this action. Accordingly, Plaintiff notices voluntary

dismissal of this action without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).


Respectfully submitted,

By:    *s/ Andrew C. Jayne*
Andrew C. Jayne, OBA #19493
Tara D. Zickefoose, OBA #31757
BAUM GLASS JAYNE CARWILE & PETERS
401 S. Boston Ave., Suite 2000
Tulsa, Oklahoma 74103
Telephone:  918/938.7944
Facsimile:  918/938.7966
Email:  ajayne@bgjclaw.com

-and-

Michael A. Kornstein, Esq.
Bar Roll No. 103178
COOPER ERVING & SAVAGE LLP
LOCAL COUNSEL FOR PLAINTIFF
39 North Pearl Street, 4th Floor
Albany, NY 12207
Telephone: (518) 449-3900
mkornstein@coopererving.com

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record via the CM/ECF system on this 25th day of April, 2023.

*s/ Andrew C. Jayne*

Andrew C. Jayne
