IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| GRANITE SOLUTIONS GROUPE, INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>PIONEER BANCORP INC.; PIONEER BANK; MICHAEL T. MANN; VALUEWISE CORPORATION d/b/a APOGEE d/b/a OPTIX CONSULTING, and d/b/a PRIMACY SEARCH GROUP; MYPAYROLLHR.COM, LLC; CLOUD PAYROLL LLC; ROSS PERSONNEL CONSULTANTS, INC.; ALWAYS LIVE HOLDINGS, LLC; KANINGO, LLC; HIRE FLUX, LLC; HIRE FLUX HOLDINGS, LLC; VIVERANT LLC, and HEUTMAKER BUSINESS ADVISORS, LLC,<br><br>*Defendants.* | Case No. 1:22-CV-0842 (FJS/CFH)<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

**COMES NOW** the Plaintiff, Granite Solutions Groupe, Inc., by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), gives notice that this action is voluntarily dismissed without prejudice. Plaintiff is pursuing its claims in a companion case, *Southwestern Payroll, Inc., and Granite Solutions Group, Inc. v. Pioneer Bancorp, Inc., et al.*, N.D.N.Y. Case No. 19-cv-01349-FJS-CFH. Defendants have not served an

1

answer or motion for summary judgment in this action. Accordingly, Plaintiff notices voluntary dismissal of this action without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

                                         Respectfully submitted,

By:   *s/ Andrew C. Jayne*
       Andrew C. Jayne, OBA #19493
       Tara D. Zickefoose, OBA #31757
       BAUM GLASS JAYNE CARWILE & PETERS
       401 S. Boston Ave., Suite 2000
       Tulsa, Oklahoma 74103
       Telephone:  918/938.7944
       Facsimile:  918/938.7966
       Email:  ajayne@bgjclaw.com

-and-

Michael A. Kornstein, Esq.
Bar Roll No. 103178
COOPER ERVING & SAVAGE LLP
LOCAL COUNSEL FOR PLAINTIFF
39 North Pearl Street, 4th Floor
Albany, NY 12207
Telephone: (518) 449-3900
mkornstein@coopererving.com

Date:  April 26, 2023

IT IS SO ORDERED.

_____
Frederick J. Scullin, Jr.
Senior United States District Judge

2

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing was served on all counsel of record via the CM/ECF system on this 25th day of April, 2023.

                                         *s/ Andrew C. Jayne*
                                         Andrew C. Jayne